IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL SIRVOY WARD, #245005, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:20-CV-482-RAH-CSC ) |
| MONICA MCCOY, et al., | ) ) |
| Defendants. | ) ) |

### ORDER

This case is before the Court on a Recommendation of the Magistrate Judge entered on June 27, 2023. (Doc. 58.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Defendants' Special Report (Doc. 37) is construed as a motion for summary judgment;

2. the motion is GRANTED; and

3. this case is DISMISSED with prejudice.

Final Judgment will be entered separately.

DONE, on this the 19th day of July 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE